UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON SETH PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-02437-JPH-MJD |
| | ) |
| FRANK LITTLEJOHN, et al. | ) |
| | ) |
| Defendants. | ) |

**Order**

The Court has ruled on the defendants' motion for summary judgment. Accordingly, the plaintiff's motion to supplement reply to defendants' motion for summary judgment, dkt. [144], is **denied as moot**.

**SO ORDERED.**

Date: 10/15/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JASON SETH PERRY
138925
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

All Electronically Registered Counsel